**Vernon K. DILLARD, Appellant,**

v.

**Gregory E. BRYANT, Attorney at Law, Little Rock, Arkansas, Appellee.**

**No. 00–3864EA.**

United States Court of Appeals, Eighth Circuit.

Submitted June 27, 2001.

Filed July 13, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Vernon K. Dillard, an Arkansas inmate, appeals from the District Court's[1] denial of

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

1. The Honorable George Howard, Jr., United States District Judge for the Eastern and Western Districts of Arkansas.

his post-judgment motions to set aside the judgment and to amend his complaint, and for summary judgment. After reviewing the record, we hold that the District Court did not abuse its discretion in denying what were in effect Dillard's Federal Rule of Civil Procedure 60(b) motions, as without merit. See *Arnold v. Wood*, 238 F.3d 992, 998 (8th Cir.2001) (appellate court reviews district court's denial of relief under Rule 60(b) only for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47A(a).